FILED
U S BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

2018 OCT 24 PM 2:53

CLERK, U S BANKRUPTCY COURT

BY_____ DEPUTY CLERK

Mary Jane Pompa
21 Basking Ridge Rd.
Shelton CT, 06484
Oct 20th, 2018

United States Bankruptcy Court
Eastern District of Texas

Case # 17-40180
Adv. Proc. No 18-04076
Re: Payson Petroleum 3 Well 2014 LP
   Debtor

   Jason R. Searcy Chapter-11 Trustee
   For Payson Petroleum, Inc.
   Plaintiff

Answer To Complaint:

I respectfully ask the Bankruptcy Court of Eastern District of Texas to dismiss the complaint filed against me.

In 2014, I invested $20,000 dollars into the Payson Petroleum 3 Well LP. I was told by my broker, Ray Williams, a local representative of ERR Financial Corp. that this was a Limited Partnership. I did not have any voting rights, or decision making in the drilling or management of the wells. In 2016, I was informed that the wells were in bankruptcy, and I completely lost my investment of $20000.

When I signed the Payson offering, I was not informed by Ray Williams, CEO Financial, or Payson Petroleum, that I was anything but a limited partner.

Respectfully submitted,
Mary Jane Pompa