IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| PAYSON PETROLEUM 3 WELL, 2014, L.P., | § § § § § § | CASE NO. 17-40180<br><br>Chapter 7 |
| Debtor. | | |
| JASON R. SEARCY, CHAPTER 11 TRUSTEE FOR PAYSON PETROLEUM, INC., | § § § § § § § § § § § § § | Adversary Proceeding No. 18-04076 |
| Plaintiff, | | |
| v. | | |
| NEIL AGRAWAL, *ET. AL.*, | | |
| Defendants. | | |

## **JOINDER**

TO THE HONORABLE BRENDA T. RHOADES, U.S. BANKRUPTCY JUDGE:

COMES NOW defendant Yanhua Shi and files this *Joinder*, joining in and seeking the relief requested in:

(i) the *Motion of Various Defendants to Withdraw the Reference*; and

(ii) the *Motion of Various Defendants to Dismiss and Brief in Support*.

RESPECTFULLY SUBMITTED this 25th day of October, 2018.

**MUNSCH HARDT KOPF & HARR P.C.**

/s/ Davor Rukavina
Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
500 N. Akard St., Ste. 3800
Dallas, TX 75201
214-855-7500 Tel.
214-855-7584 Fax
Email: drukavina@munsch.com
Email: jvasek@munsch.com

**COUNSEL FOR MOVANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 25th day of October, 2018, a true and correct copy of the foregoing document was served upon the attached service list via the Court's CM/ECF system and/or first-class U.S. mail, postage prepaid, including on counsel for the Plaintiff.

/s/ Davor Rukavina
Davor Rukavina, Esq.